Sage
v.
Robbins.

**\*SAGE *against* ROBBINS.**

On noticing cause for trial, unless the plaintiff file his N. P. record during the first day of the circuit, the defendant may, on the next day, take a rule for a *ne recipiatur*; and yet move for judgment as in case of non-suit.

The plaintiff had noticed this cause for trial at the last Seneca circuit; but, neglecting to file his *nisi prius* record on the first day of the circuit, the defendant on the second day moved for, and took a rule for a *ne recipiatur*. On the third day the plaintiff appeared with his witnesses, and would have tried the cause had he not been prevented by the rule.

The defendant now moved for judgment as in case of non-suit.

*F. G. Stanley*, for the motion.

*H. V. R. Schermerhorn*, contra, cited 1 Dunl. Pr. 574.

*Curia.* The defendant had a right to his *ne recipiatur* on the default of the plaintiff to file his record during the first day. The cause failed of trial by the plaintiff's default, and the motion must be granted, unless the plaintiff stipulate and pay costs.[1]

Rule accordingly.

[1] Under the existing practice of the state of New York, whenever an issue of fact shall have been joined in any action, and the plaintiff therein shall fail to bring the same to trial, according to the course and practice of the court, the defendant may move for the dismissal of the complaint, with costs. If it is made to appear to the court, that the neglect of the plaintiff to bring the action to trial, was not unreasonable, the court shall permit the plaintiff, on payment of costs, to bring the said action to trial at the next court where the same is triable. Supm. Ct. Rules of 1847, Nos. 41, 42, 43; N. Y. Code, sec. 274; 18 Wendell Rep. 670; 5 Wendell, 101; 25 Wendell, 688; 11 Wendell, 181; 1 Howard's Pr. Rep., 6, 10, 33, 39, 40, 42, 53, 173; 6 Howard, 28; 2 N. Y. Rev. Stats., 530, sec. 46; Supm. Ct. Rules of 1849, No. 23; Supm. Ct. Rule of 1852, No. 21.

The court may also dismiss the complaint, with costs, in favor of one or more defendants, in case of unreasonable neglect on the part of the plaintiff to serve the summons on other defendants, or to proceed in the cause against the defendant or defendants served. N. Y. Code of 1851, sect. 274.